**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7258**

_____

WESLEY CHASE,

                   Plaintiff - Appellee,


UNITED STATES OF AMERICA,

                   Intervenor/Plaintiff – Appellee,

          v.

ALTON BASKERVILLE, Warden of the Powhatan Correctional
Center, he is sued in his personal and official capacities;
PARKER, Ms., Principal of the Powhatan Correctional Center,
she is sued in her personal and official capacities; P. M.
HENICK, Regional Ombudsman, Virginia Department of
Corrections, he or she is sued within he or she personal and
official capacities; S. TRIMMER, Ms., Special Education,
director for the Virginia Department of Education, she is
sued in her personal and official capacities,

                   Defendants – Appellants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:04-cv-759-HEH)

_____

Submitted:  November 25, 2008      Decided:  December 31, 2008

_____

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark R. Davis, Assistant Attorney General, William Eugene Thro, Special Assistant Attorney General, Richmond, Virginia, for Appellants. Wesley Chase, Appellee Pro Se. Sarah Elaine Harrington, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Robert P. McIntosh, Assistant United States Attorney, Richmond, Virginia, for the United States.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order denying their motion to dismiss Appellee's Rehabilitation Act claims on the basis of sovereign immunity. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chase v. Baskerville, No. 3:04-cv-759-HEH (E.D. Va. Aug. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED